# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAFELIX DISHON MILLER

NO. 2024 KW 0221

**MAY 13, 2024**

---

In Re:   LaFelix Dishon Miller, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR9-114770.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence on April 17, 2024.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT